UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X

USA

24 Cr. 00592-01 (NSR)

- against -

JOHN HICKEY,

ORDER ACCEPTING PLEA ALLOCUTION

Defendant.

---------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Victoria Reznik, United States Magistrate Judge, dated October 10, 2024, is approved and accepted.

SO ORDERED.

Hon. Nelson S. Román,
United States District Judge

Dated: White Plains, NY
April 11, 2025


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/2025