**MEMO ENDORSED**

**GARY A. FARRELL**
ATTORNEY AT LAW
40 EXCHANGE PLACE
SUITE 1800
NEW YORK, NEW YORK 10005

Telephone (212) 822-1434
Fax (212) 482-1303
GaryFesq@aol.com
Garyfarrelllaw.com

> Defendant's request to waive interest on the Court-ordered Restitution is GRANTED without objection by the Government. Clerk of Court is requested to terminate the motion at ECF No. 19.
> Dated: White Plains, NY
> May 23, 2025
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

May 23, 2025

Hon. Nelson S. Roman
United States District Court
Southern District of New York
White Plains, New York 10007
Via ECF

Re: U.S.A. v. John Hickey
24 Cr 592 (NSR)

Dear Judge Roman:

Pursuant to your directive at yesterday's sentencing hearing, I am respectfully requesting that the interest on the restitution ordered by the Court be waived pursuant to 18 U.S.C. §3612(f)(3)(A) based upon the defendant's lack of ability to pay. As a result of the Court ordered restitution and forfeiture the defendant will be liable to pay nearly 6.8 million dollars. As outlined in the PSR, the defendant's current net worth is $243,403.96, however this is largely the result of the equity in a house he co-owns with his wife. PSR ¶87. Additionally, his monthly cash flow is negative $3,029. PSR ¶87. Finally, the Court declined to impose a fine citing the defendant's inability to pay.

I consulted with AUSA James McMahon, and he does not object to this request. Based on the above, the defendant respectfully requests that the judgment in this case reflects that interest on the restitution be waived.

Thank you in advance for your consideration.

Sincerely,
*[signature]*
Gary Farrell

cc: AUSA James McMahon (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2025